## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DARRYL J. BLANKENSHIP, | : | |
| | : | |
| Petitioner, | : | Case No. C-1-02-481 |
| | : | |
| vs. | : | JUDGE WEBER |
| | : | |
| WANZA JACKSON, Warden, | : | MAGISTRATE JUDGE HOGAN |
| | : | |
| Respondent. | : | |

### NOTICE OF CHANGE OF ADDRESS

Assistant Attorney General Stuart A. Cole, counsel for Respondent, hereby gives notice to the Court and Petitioner of the change of his office address. The new address is reflected below and is effective immediately.

    Respectfully submitted,

    JIM PETRO   (0022096)
    Attorney General

    /s/Stuart A. Cole
    STUART A. COLE (0020237)
    Assistant Attorney General
    Corrections Litigation Section
    150 E. Gay St., 16th Floor
    Columbus, Ohio 43215
    (614) 644-7233
    (614) 728-9327 (Fax)
    scole@ag.state.oh.us

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **Notice of Change of Address** was sent to Petitioner Darryl J. Blankenship, #295-771, Southern Ohio Correctional Facility, P.O. Box 45699, Lucasville, Ohio  45699 via regular U.S. mail on this 20th day of October, 2003.

    /s/Stuart A. Cole
STUART A. COLE
Assistant Attorney General