**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Darryl Blankenship
SOCF
POB 45699
Lucasville, OH
45699

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X D. Blyle
☐ Agent
☐ Addressee

B. Received by (Printed Name)
D. BLANKENSHIP

C. Date of Delivery
02-23-05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7001 2510 0008 6348 8643

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835