# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**DARRYL J. BLANKENSHIP**
    **Plaintiff,**

-vs-                                                    **Case No.  C-1-02-481**

**WANZA JACKSON, WARDEN,**

    **Defendants.**

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**      This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court hereby adopts the Report and Recommendation.  Petitioners Habeas Corpus Petition is hereby Dismissed.

Date:  February 20, 2004                JAMES BONINI.,  CLERK

                                    By:s/   Darlene Maury_____
                                    Darlene Maury, Deputy Clerk